No. 1058. PEOPLE, APPELLEE, v. BALSELLS, APPELLANT.—
Adulteration of milk. San Juan, Section 2.

No. 1061. PEOPLE, APPELLEE, v. BARRIOS, APPELLANT.—Vio-
lation of section 14 of the Act regulating the Civil Service.
Arecibo.

No. 1063. People, Appellee, *v.* Pacheco, Appellant.—Assault and battery. Ponce.

No. 1064. People, Appellee, *v.* Cruz, Appellant.—Violation of section 438 of the Penal Code. Ponce.

No. 1065. People, Appellee, *v.* Colón, Appellant.—Aggravated assault and battery. Ponce.

No. 1066. People, Appellee, *v.* Brignoni, Appellant.—Voluntary manslaughter. Humacao.

No. 1067. People, Appellee, *v.* Luján, Appellant.—Assault and battery. Humacao.

No. 1068. People, Appellee, *v.* Díaz, Appellant.—Aggravated assault and battery. Humacao.

No. 1073. People, Appellee, *v.* Vázquez et al., Appellants.—Riot. San Juan, Section 2.

July 21, 1916. *Judgments affirmed.*